*signature: Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00062 |
| | ) | JUDGE SHARP |
| | ) | |
| TANNER BUCHANAN | ) | |

MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Tanner Buchanan, through his undersigned counsel, respectfully requests a fourteen (14) day extension of time in which to file pretrial motions. According to LCrR 12.01(b), pretrial motions are due not later than 28 days after arraignment. Since Mr. Buchanan was arraigned on the Indictment on April 11, 2014, (Docket No. 10), pretrial motions are due not later than May 9, 2014. The trial date is scheduled for June 17, 2014.

Additionally, undersigned counsel has not had an opportunity to review and discuss the discovery with Mr. Buchanan. Additional time is needed to complete the investigation of this matter and to thoroughly evaluate this case.

Accordingly, for the above stated reasons, it is respectfully requested that the Court grant Mr. Buchanan a fourteen (14) day extension of time, from May 9, 2014, in which to file his pretrial motions.

Respectfully submitted,

  s/   *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Tanner Buchanan