UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00062 |
| | ) | JUDGE SHARP |
| TANNER BUCHANAN | ) | |

MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Tanner Buchanan, through his undersigned counsel, respectfully requests a seven (7) day extension of time in which to file pretrial motions. The Court had ordered that pretrial motions be filed not later than 45 days prior to the trial date. (D.E. 17). Accordingly, pretrial motions are due to be filed not later than August 4, 2014. The currently scheduled trial date is September 16, 2014. *Id*.

At this time, Mr. Buchanan intends to file pretrial motions, but needs additional time to finalize his research, obtain documents and prepare the motions. The requested extension should allow counsel sufficient time to complete these tasks in light of other case responsibilities.

WHEREFORE for the above states reasons, it is respectfully requested that the Court extend the time for filing pretrial motions for seven (7) days from and after August 4, 2014.

Respectfully submitted,

   s/  *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Tanner Buchanan