UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-0062 |
| ) | JUDGE SHARP |
| TANNER BUCHANAN ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Continue Oral Argument (Docket No. 23) to which the Government does not oppose.

The motion is GRANTED and the hearing set for September 23, 2014, is hereby rescheduled for Wednesday, October 8, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
―――――――――――――――――――
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE