KHSUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 3:14-0062 |
| ) | JUDGE SHARP |
| TANNER BUCHANAN ) | |

**O R D E R**

Pending before the Court is the Defendant's Motion to Continue Sentencing Hearing (Docket No. 44).

The motion is GRANTED and the sentencing hearing scheduled for June 8, 2015, is hereby scheduled for Monday, July 20, 2015, at 3:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE